Steven L. Krongold (State Bar No. 125952)
**KRONGOLD LAW CORP., P.C.**
100 Spectrum Center Drive, Suite 900
Irvine, California 92618
Phone: (949) 651-1900; Fax: (949) 395-7003
Email: *steve@krongoldlaw.com*

Attorney for Plaintiffs
Long Beach Cinematheque
and Logan Crow

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONG BEACH CINEMATHEQUE, a California corporation, and LOGAN CROW, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ROY HASSETT, an individual; TROY HASSETT, an individual; WARD HASSETT, an individual; O ENTERTAINMENT, INC., an entity of unknown form; O ENTERTAINMENT OF CALIFORNIA, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:16-00449<br><br>**REQUEST FOR ISSUANCE OF SUMMONS** |

1  COMES NOW, Plaintiffs, and request issuance of a summons in the above-
2  entitled action against each of the defendants.  The proposed summons for each
3  defendant is attached hereto as Exhibits 1 through 5.
4
5  DATED: March 8, 2016                    KRONGOLD LAW CORP., P.C.
6
7
8                                          By:   /s/ Steven L. Krongold
9                                                Steven L. Krongold
                                                 Attorney for Plaintiffs
10                                               Long Beach Cinematheque and Logan
                                                 Crow